**UNITED STATES DISTRICT COURT**
**for the District of Massachusetts**

UNITED STATES OF AMERICA )
                         )
v.                       )    DOCKET NO. _25CR - 10137_
                         )
_MARVIN POLANCO_         )
                         )

MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, _MARVIN POLANCO_, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(X)    Disagreement on strategy;

( )    Failure to obtain a bail appeal;

(X)    Lack of understanding between me and my attorney;

(X)    Failure to present my best interests;

(X)    Other:

Not My Best Interest Do Not comprehend eachother. lack of communication, we fail when It comes to knowledge I would like Someone more Interested to working with Me and My case please and thank you.

Date: 7/28/26

Respectfully submitted,

_____
                        , Pro Se

26 Long Pond Road
Plymouth, MA 02360